UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

QISSIYS ISLAM,

                         Petitioner,

                                                          9:13-CV-0854
v.                                                         (GTS/TWD)

NEW YORK STATE BOARD OF PAROLE,

                         Respondent.
_____

APPEARANCES:                                          OF COUNSEL:

QISSIYS ISLAM, 15-B-2846
  Petitioner, *Pro Se*
Wyoming Correctional Facility
P.O. Box 501
Attica, New York 14011

HON. ERIC T. SCHNEIDERMAN                LISA E. FLEISCHMANN, ESQ.
Attorney General for the State of New York    Assistant Attorney General
  Counsel for Respondent
120 Broadway
New York, New York 10271

GLENN T. SUDDABY, Chief United States District Judge

## DECISION and ORDER

      Currently before the Court, in this habeas corpus proceeding filed by Qissiys Islam ("Petitioner") pursuant to 28 U.S.C. § 2254, is a Report-Recommendation by United States Magistrate Judge Thérèse Wiley Dancks recommending that Petitioner's Petition be denied and dismissed as moot. (Dkt. No. 15.) Petitioner has not filed an Objection to the Report-Recommendation, and the time in which to do so has expired. (*See generally* Docket Sheet.) After carefully reviewing all of the papers in this action, including Magistrate Judge Dancks' thorough Report-Recommendation, the Court can find no clear error in that Report-

Recommendation.[1] Magistrate Judge Dancks has employed the proper legal standards, accurately recited the facts, and correctly applied the law to those facts. (Dkt. No. 15.) As a result, the Court accepts and adopts the Report-Recommendation in its entirety for the reasons stated therein.

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Dancks' Report-Recommendation (Dkt. No. 15) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that Petitioner's Petition (Dkt. No. 1) is **DENIED** and **DISMISSED as moot**; and it is further

**ORDERED** that a certificate of appealability not issue with respect to any of the claims set forth in the Petition as Petitioner has not made a "substantial showing of the denial of a constitutional right" pursuant to 28 U.S.C. § 2253(c)(2).

Dated: July 15, 2016
 Syracuse, New York

HON. GLENN T. SUDDABY
Chief United States District Judge

---

[1] When no objection is made to a report-recommendation, the Court subjects that report-recommendation to only a clear-error review. Fed. R. Civ. P. 72(b), Advisory Committee Notes: 1983 Addition. When performing such a clear-error review, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Id.*; *see also Batista v. Walker*, 94-CV-2826, 1995 WL 453299, at *1 (S.D.N.Y. July 31, 1995) (Sotomayor, J.) ("I am permitted to adopt those sections of [a magistrate judge's] report to which no specific objection is made, so long as those sections are not facially erroneous.") (internal quotation marks omitted).